**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Wake Up and Ball LLC,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Sony Music Entertainment Incorporated, et al.,<br><br>　　　　　　　Defendants. | No. CV-14-02403-PHX-DGC<br><br>**ORDER** |

Pending before the Court is a motion to withdraw as counsel of record filed on behalf of Defendants Deepfreeze Entertainment, LLC and Robert Carr. Doc. 101.

**IT IS ORDERED** that the motion (Doc. 101) is **granted.** Charlene Tarver of the Tarver Law Group, PLLC is withdrawn as counsel of record for Defendants Deepfreeze Entertainment, LLC and Robert Carr. Eric P. O'Connor of O'Connor, PC, 1055 W. 7th Street, Suite 3300, Los Angeles, CA 90017 is substituted as counsel of record for Defendants Deepfreeze Entertainment, LLC and Robert Carr.

Dated this 30th day of September, 2015.

_David G. Campbell_
David G. Campbell
United States District Judge